# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CYNTHIA PAYTON

NO. 2025 KW 1060

**JANUARY 9, 2026**

---

In Re: Cynthia Payton, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 2023-CR-665.

---

**BEFORE: MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to include an affidavit verifying the allegations of the petition and noting the method of service with the email or physical addresses of opposing counsel and the respondent judge. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(A). Relator failed to comply with Rule 4-5(B), as the writ application is not properly bound and the pages are not consecutively numbered. Relator also failed to comply with Rules 4-5(C)(5), (8), and (10), by not including assignments of error, a memorandum, and a prayer for relief, and failing to provide a copy of the bill of information and any pertinent criminal court minutes. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before February 19, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT